UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EARNEST T. FRIAR, JR.
ADC #660122                                                                                    PLAINTIFF

V.                              4:17CV00486 SWW/JTR

WRIGHTSVILLE UNIT                                                                        DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and what can be construed as objections to the recommendation. See Doc.#6. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. The dismissal is a "STRIKE," as defined by 28 U.S.C. § 1915(a)(3).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 27th day of September, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE