UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EARNEST T. FRIAR, JR.
ADC #660122                                                                                      PLAINTIFF

V.                                    4:17CV00486 SWW/JTR

WRIGHTSVILLE UNIT                                                                                DEFENDANT

## JUDGMENT

Consistent with the Order entered separately on this day, this case is DISMISSED, WITHOUT PREJUDICE. All relief sought is denied, and this case is closed.

IT IS SO ORDERED this 27th day of September, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE